IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 14–37–M–DLC |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| STANLEY FLEMING, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on October 30, 2014. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Stanley Fleming's guilty plea

after Fleming appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to the offense of health care fraud in violation of 18 U.S.C. § 1347 as set forth in the Indictment. Defendant further agrees to the forfeiture allegations in the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 17), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Stanley Fleming's motion to change plea (Doc. 10) is GRANTED and Stanley Fleming is adjudged guilty of the health care fraud offense charged in the Indictment.

DATED this 17th day of November, 2014.

_____
Dana L. Christensen, Chief District Judge
United States District Court